# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**ISMAEL IVAN PEREZ LOPEZ**<br><br>*Defendant* | Case No. 25-MJ- 158 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 30, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

THOMAS J. COFFMAN
U.S. Border Patrol Agent
United States Border Patrol
*Printed name and title*

Sworn to before me and signed telephonically.

Date: October 6, 2025

*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE        )    SS:
CITY OF BUFFALO      )

I, Thomas J. Coffman, being duly sworn, deposes and says that:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for fourteen (14) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) Re-entry of Removed Aliens.

3. I make this Affidavit in support of the Criminal Complaint charging Ismael Ivan PEREZ LOPEZ (hereinafter "PEREZ LOPEZ"), an alien, born in 1998 in Mexico, with having been found in the United States after having been previously removed or deported from the United States, without first applying to the Attorney General or the Secretary of the

Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

**PROBABLE CAUSE**

5. On or about September 30, 2025, Buffalo Border Patrol Station Targeting Unit (TU) Agents in collaboration with Homeland Security Investigations (HSI) and Immigration and Customs Enforcement (ICE) and Enforcement and Removal Operations (ERO) arrested seven illegal aliens as part of the national security missions established under Operation Unified Alliance and Operation Safeguard in Amherst, New York, within the Western District of New York.

6. TU Agents, SOD Agents, and ERO Deportation Officers were conducting plain clothes surveillance on three vehicles with out-of-state plates from the same state, traveling in tandem to a hotel in Amherst, New York, known to board illegal aliens on several occasions. Agents had witnessed these vehicles enter and exit the hotel together on previous occasions.

7. Record checks revealed that two of the vehicles were registered to a contracting company which is owned and operated by an illegal alien and the third vehicle was registered to an illegal alien who has previously been removed from the United States. Contractors in the Buffalo, New York area will often seek subcontracting from out-of-state contractors who employ illegal aliens due to local labor costs being higher.

8. Agents observed two of the vehicles enter the parking lot, while the vehicles were parked agents approached both trucks and identified themselves as immigration officers of their respective agencies. The driver of one of the vehicles was later identified as PEREZ LOPEZ.

9. Agents identified themselves as immigration officers of their respective agencies. Agents questioned all four subjects as to their citizenship. All four subjects, including PEREZ LOPEZ, admitted to being illegally present in the United States without any valid immigration documents that would allow them to remain.

10. U.S. Border Patrol Agents took PEREZ LOPEZ into custody. As a part of processing, an electronic scan of PEREZ LOPEZ's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that PEREZ LOPEZ had been issued an FBI number and immigration fingerprint identification number.

11. Criminal and immigration database record checks associated with PEREZ LOPEZ's fingerprints revealed the following:

    a. PEREZ LOPEZ is a native and citizen of Mexico.

    b. On or about May 29, 2017, PEREZ LOPEZ was order removed by a United States Border Patrol Agency Official in Chula Vista, California.

    c. On or about May 29, 2017, PEREZ LOPEZ was served a warning to aliens being ordered removed or deported.

    d. On or about May 30, 2017, PEREZ LOPEZ was physically removed from the United States via the San Ysidro, California Port of Entry.

12. There is no record that PEREZ LOPEZ had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

13. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about September 30, 2025, within the Western District of New York, Ismael Ivan PEREZ LOPEZ, an alien who was removed from the United States on or about May 30, 2017, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

*Thomas J. Coffman*
THOMAS J. COFFMAN
U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically
on this 6th day of October 2025.

*H. Kenneth Schroeder, Jr.*
HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

4